IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME MCDAVIS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DONALD T. VAUGHN and Coal )<br>Township, THE DISTRICT ATTORNEY OF )<br>THE COUNTY OF ALLEGHENY, and THE )<br>ATTORNEY GENERAL OF )<br>PENNSYLVANIA )<br>Respondents. )<br>) | Civil Action No. 05 - 1129<br><br>Judge Gary L. Lancaster/<br>Magistrate Judge Lisa Pupo Lenihan |

### **ORDER**

Petitioner has filed a petition for habeas corpus. Subsequently, on December 6, 2005 he filed a document entitled "Judicial Notice to the Court." Said Notice fails to set forth any coherent statement of allegations and/or legal claims against the Respondents.

Rule 8(e) of the Federal Rules of Civil Procedure requires pleadings to be "simple, precise and direct." No part of Petitioner's pleading is simple, precise, or direct. This Court is unable, in viewing the document presently filed, to ascertain what Petitioner is requesting. Therefore,

This document will be filed, however, Petitioner is placed on notice that the Court cannot determine what Petitioner is trying to give the Court notice of. In addition, it is possible that Petitioner is attempting to amend his Petition for Habeas Corpus to add additional allegations. If that is the case, then Petitioner is **ORDERED** that he must file a Motion to Amend his Petition

no later than January 10, 2006, and state, clearly and precisely what he is attempting to add to the Petition.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Dated: December 6, 2005

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Jerome McDavis
AJ-1557
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021

Ronald M. Wabby, Jr.
Office of the District Attorney
401 Allegheny County Courthouse
Pgh., PA 15219