IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME MCDAVIS,                   )
                                        )      Civil Action No. 05 - 1129
               Petitioner       )
                                          )      Judge Gary L. Lancaster
         vs.                      )
                                        )
RONALD T. VAUGHN, Superintendent,  )
                                        )
            Respondent.      )

## MEMORANDUM ORDER

The above captioned Petition was received by the Clerk of Court on August 12, 2005, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Doc. No. 18), filed on March 7, 2006, recommended that the Petition for Writ of Habeas Corpus be dismissed as a successive petition for which Petitioner had not demonstrated the necessary certification from the Court of Appeals for the Third Circuit as required under 28 U.S.C. § 2244(b)(3). Service was made on Petitioner and on counsel of record for Respondents. The parties were informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. Petitioner filed Objections to the Report and Recommendation on March 17, 2006 (Doc. No. 19).

After review of the pleadings and the documents in the case, together with the report and recommendation and objections, the following order is entered:

AND NOW, this 31ˢᵗ day of MARCH , 2006;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is

DISMISSED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation (Doc. No. 18) of

Magistrate Judge Lenihan, dated March 7, 2006, is adopted as the opinion of the Court.

Gary L. Lancaster
United States District Judge


cc:     The Honorable Lisa Pupo Lenihan
        United States Magistrate Judge

        Jerome McDavis, AJ-1557
        SCI Coal Township
        1 Kelley Drive
        Coal Township, PA 17866-1021

        Ronald M. Wabby, Jr.
        Assistant District Attorney
        Office of the District Attorney
        401 Allegheny County Courthouse
        Pittsburgh, PA 15219